TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Leo Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEO D. JOHNSON, | Case No. 3:16-cv-00153-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| VOLUNTEERS OF AMERICA, NORTHERN CALIFORNIA & NORTHERN NEVADA, INC. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Leo D. Johnson ("Johnson") and Defendant Volunteers of America, Northern California & Northern Nevada, Inc. ("VOA"), by and through their respective counsel, that all claims Johnson had or may have had against VOA, that are contained in, reasonably related to, or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

///

///

///

///

///

///

1

**IT IS SO STIPULATED:**

Dated this 8th day of September, 2016

Dated this 8th day of September, 2016

LAW OFFICE OF TERRI KEYSER-COOPER

DOYLE LAW OFFICE

/s/ Terri Keyser-Cooper
Terri Keyser-Cooper
3590 Barrymore Dr.
Reno, NV 89512

(775) 337-0323
*Attorney for Plaintiff*

/s/ Kerry S. Doyle
Kerry S. Doyle
Roger S. Doyle
8755 Technology Way, Suite I
Reno, NV 89521

(775) 525-0889
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED this 9th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE